**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


HENRY WARREN                                                          PLAINTIFF


V.                                  NO. 3:05CV00167-JFF


JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                              DEFENDANT


### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and

Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is

dismissed with prejudice.

IT IS SO ORDERED.

DATED this 22nd day of September, 2006.


_____
UNITED STATES MAGISTRATE JUDGE